UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARDELLA MAYHO** | § | Docket No. 2:23-cv-04201 |
| | § | |
| **Versus** | § | |
| | § | Judge: JAY C. ZAINEY |
| | § | |
| **PROGRESSIVE PROPERTY** | § | |
| **INSURANCE COMPANY** | § | Magistrate Judge: DONNA PHILLIPS |
| | § | CURRAULT |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, CARDELLA MAYHO, wishes to voluntarily dismiss her claim without prejudice..

2. Undersigned counsel has conferred with opposing counsel, and they do not have any opposition to the same.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

**[SIGNATURE ON FOLLOWING PAGE]**

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**